# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE F. SKINNER, as** | : **CIVIL ACTION NO. 1:07-CV-1059** |
| **Administratrix of the Estates of** | : |
| **James C. Skinner, Deceased, and** | : **(Judge Conner)** |
| **John Michael Taylor, Deceased,** | : |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **MICHAEL E. FORD and** | : |
| **DAKOTA LINES, INC,** | : |
| **Defendants** | : |
| | : |
| **v.** | : |
| | : |
| **YU ANMIN, DSL TRANSPORTATION,** | : |
| **INC. a/k/a DSL TRANSPORTATION,** | : |
| **PENNSYLVANIA TURNPIKE** | : |
| **COMMISSION and PENNSYLVANIA** | : |
| **STATE POLICE,** | : |
| **Third-Party Defendants** | : |

---

| | |
|---|---|
| **PAUL KUGLAR and BETSY ANN** | : **CIVIL ACTION NO. 1:08-CV-504** |
| **KUGLAR, husband and wife,** | : |
| **Plaintiffs** | : |
| | : |
| **v.** | : |
| **MICHAEL E. FORD, DAKOTA LINES,** | : |
| **INC., YU ANMIN AND DSL** | : |
| **TRANSPORTATION, INC.,** | : |
| **Defendants** | : |

## <u>ORDER APPROVING PARTIAL SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACT PROCEEDS REGARDING THE ESTATE OF JAMES C. SKINNER, DECEASED</u>

AND NOW, this 25th day of November, 2008, after reviewing Plaintiff's

Petition for Partial Settlement of Survival and Wrongful Death Actions with

Apportionment of Settlement Proceeds, regarding the Estate of James C. Skinner,

Deceased, the Court makes the following findings:

1.      Notice of the proposed partial settlement and distribution of damages

under the Wrongful Death and Survival claims brought by the James C. Skinner

Estate has been sent to all parties in interest, including Coad Skinner, surviving

father of said decedent, and no objection to the Petition has been filed with this

Court.

2.      The Pennsylvania Department of Revenue, Bureau of Individual

Taxes, has been put on notice of an apportionment of the Nine Hundred Forty-Six

Thousand Six Hundred Sixty-Six and 67/100 Dollars ($946,666.67) settlement with

70% ($662,666.67) to the wrongful death claim and 30% ($284,000.00) to the survival

claim.

3.      The partial settlement based on the $1,500,000.00 paid by DSL/Anmin,

with an allocation of $1,420,000.00 to the instant claim, less any sums which may be

paid for the personal property claims, which Petitioner will pay from the Skinner

and Taylor settlement on a pro rata basis, is approved and the apportionment of the

partial settlement proceeds shall be as follows:

| | **I.** | **WRONGFUL DEATH BENEFITS** | **$662,666.67** |
|---|---|---|---|
| | A. | One-Third (1/3) legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. | $220,888.89 |
| | B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (70% of $4,278.19) | $2,994.73 |
| | C. | Net Proceeds to be paid to Joanne F. Skinner, the sole intestate heir with a pecuniary interest in the Estate of James C. Skinner | $438,783.05 |

| | | |
|---|---|---|
| **II.** | **SURVIVAL BENEFITS** | **$284,000.00** |
| A. | One-third (1/3) legal fees to Leisawitz Heller Abramowitch Phillips, P.C. | $94,666.66 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (30% of $4,278.19) | $1,283.46 |
| D. | Net Proceeds to be paid to the Estate of James C. Skinner, less any sums paid for the personal property claims | $188,049.88 |

This Order shall not affect the remaining litigation in this case and the

Orders of the Court remain in full force and effect.


   S/ Christopher C. Conner   

CHRISTOPHER C. CONNER
United States District Judge