# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE F. SKINNER**, as Administratrix of the Estates of James C. Skinner, Deceased, and John Michael Taylor, Deceased,         Plaintiff | : CIVIL ACTION NO. 1:07-CV-1059 : : (Judge Conner) : : |
| v. | : |
| **MICHAEL E. FORD** and **DAKOTA LINES, INC**,         Defendants | : : : |
| v. | : |
| **YU ANMIN, DSL TRANSPORTATION, INC. a/k/a DSL TRANSPORTATION, PENNSYLVANIA TURNPIKE COMMISSION and PENNSYLVANIA STATE POLICE**,         Third-Party Defendants | : : : : : : |

_____

| | |
|---|---|
| **PAUL KUGLAR and BETSY ANN KUGLAR**, husband and wife,         Plaintiffs | : CIVIL ACTION NO. 1:08-CV-504 : : |
| v. | : |
| **MICHAEL E. FORD, DAKOTA LINES, INC., YU ANMIN AND DSL TRANSPORTATION, INC.**,         Defendants | : : : : |

### ORDER APPROVING PARTIAL SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACT PROCEEDS REGARDING THE ESTATE OF JOHN MICHAEL TAYLOR, DECEASED

AND NOW, this 25th day of November, 2008, after reviewing Plaintiff's

Petition for Partial Settlement of Survival and Wrongful Death Actions with

Apportionment of Settlement Proceeds, regarding the Estate of John Michael Taylor, Deceased, the Court makes the following findings:

1. Notice of the proposed partial settlement and distribution of damages under the Wrongful Death and Survival claims brought by the John Michael Taylor Estate has been sent to all parties in interest, including John E. Taylor, surviving father of said decedent, and no objection to the Petition has been filed with this Court.

2. The Pennsylvania Department of Revenue, Bureau of Individual Taxes, has been put on notice of an apportionment of the Four Hundred Seventy-Three Thousand Three Hundred Thirty-Three and 33/100 Dollars ($473,333.33) settlement with 70% ($331,333.33) to the wrongful death claim and 30% ($142,000.00) to the survival claim.

3. The partial settlement based on the $1,500,000.00 paid by DSL/Anmin, with an allocation of $1,420,000.00 to the instant claim, less any sums which may be paid for the personal property claims, which Petitioner will pay from the Skinner and Taylor settlement on a pro rata basis, is approved and the apportionment of the partial settlement proceeds shall be as follows:

| | | |
|---|---|---|
| **I.** | **WRONGFUL DEATH BENEFITS** | **$331,333.33** |
| A. | One-Third (1/3) legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. | $110,444.44 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (70% of $2,139.09) | $1,497.36 |
| C. | Net Proceeds to be paid in equal shares to Joanne F. Skinner and John E. Taylor | $219,391.53 |

| | | |
|---|---|---:|
| **II.** | **SURVIVAL BENEFITS** | **$142,000.00** |
| A. | One-third (1/3) legal fees to Leisawitz Heller Abramowitch Phillips, P.C. | $47,333.33 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (30% of $2,139.09) | $641.73 |
| D. | Net Proceeds to be paid to the Estate of John Michael Taylor, less any sums paid for the personal property claims | $94,024.94 |

This Order shall not affect the remaining litigation in this case and the Orders of the Court remain in full force and effect.

                                                                   S/ Christopher C. Conner
                                                                   CHRISTOPHER C. CONNER
                                                                   United States District Judge