# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE F. SKINNER**, as Administratrix of the Estates of James C. Skinner, Deceased, and John Michael Taylor, Deceased,     Plaintiff | : CIVIL ACTION NO. 1:07-CV-1059 <br> : <br> : (Judge Conner) <br> : |
| v. | : |
| **MICHAEL E. FORD** and **DAKOTA LINES, INC**,     Defendants | : <br> : <br> : |
| v. | : |
| **YU ANMIN, DSL TRANSPORTATION, INC. a/k/a DSL TRANSPORTATION, PENNSYLVANIA TURNPIKE COMMISSION and PENNSYLVANIA STATE POLICE**,     Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : |

___

| | |
|---|---|
| **PAUL KUGLAR** and **BETSY ANN KUGLAR**, husband and wife,     Plaintiffs | : CIVIL ACTION NO. 1:08-CV-504 <br> : <br> : |
| v. | : |
| **MICHAEL E. FORD, DAKOTA LINES, INC., YU ANMIN AND DSL TRANSPORTATION, INC.**,     Defendants | : <br> : <br> : <br> : |

### ORDER APPROVING SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACT PROCEEDS REGARDING THE ESTATE OF JOHN MICHAEL TAYLOR, DECEASED

AND NOW, this 9th day of December, 2008, after reviewing Plaintiff's

Petition for Settlement of Survival and Wrongful Death Actions with

Apportionment of Settlement Proceeds, regarding the Estate of John Michael Taylor, Deceased, the Court makes the following findings:

1. Notice of the proposed settlement and distribution of damages under the Wrongful Death and Survival claims brought by the John Michael Taylor Estate has been sent to all parties in interest, including John E. Taylor, surviving father of said decedent, and no objection to the Petition has been filed with this Court.

2. The Pennsylvania Department of Revenue, Bureau of Individual Taxes, has been put on notice of an apportionment of the Three Hundred Sixty-Six Thousand Six Hundred Sixty-Seven Dollars and 00/100 ($366,667.00) settlement with 70% ($256,667.00) to the wrongful death claim and 30% ($110,000.00) to the survival claim.

3. The settlement based on the $1,100,000.00 paid by Ford/Dakota is approved and the apportionment of the settlement proceeds shall be as follows:

| | | | |
|---|---|---|---|
| **I.** | **WRONGFUL DEATH BENEFITS** | | **$256,667.00** |
| | A. | One-Third (1/3) legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. | $85,556.00 |
| | B. | Net Proceeds to be paid in equal shares to Joanne F. Skinner and John E. Taylor | $171,111.00 |
| **II.** | **SURVIVAL BENEFITS** | | **$110,000.00** |
| | A. | One-third (1/3) legal fees to Leisawitz Heller Abramowitch Phillips, P.C. | $36,667.00 |
| | B. | Net Proceeds to be paid to the Estate of John Michael Taylor, less any sums paid for the personal property claims | $73,333.00 |

This Order shall not affect the remaining litigation in this case and the Orders of the Court remain in full force and effect.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
